McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Christina C. Tillman #258627
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant JUDITH YOVANNIDES ROWE aka JUDITH ANN KEYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LAWRENCE GREEN,<br><br>           Plaintiff,<br><br>     v.<br><br>K. LAWRENCE, INC., dba LAWRENCE TIRE & SERVICE; JUDITH YOVANNIDES ROWE aka JUDITH ANN KEYES, ,<br><br>           Defendants. | Case No. 1:14-CV-01279 -SAB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT YOVANNIDES ROWE AKA JUDITH ANN KEYES** |

   Plaintiff LAWRENCE GREEN (hereinafter "Plaintiff"), by and through his counsel of record, and Defendant YOVANNIDES ROWE AKA JUDITH ANN KEYES (hereinafter "Defendant"), by and through her counsel of record, hereby stipulate and agree as follows:

   WHEREAS, Defendant's response to the Complaint is due by October 6, 2014;

   WHEREAS, no trial date has yet been set in this action;

   WHEREAS, it has been represented to Defendant that Tanya Moore and the Moore Law Firm represent Plaintiff in the above-captioned case;

   WHEREAS, Defendant has not previously asked for any extension of time in this action;

   WHEREAS, this extension will not affect or change other dates currently scheduled by the Court; and

   WHEREAS, Plaintiff has agreed that Defendant shall have a 28-day extension of time, to and

through November 3, 2014, to respond to the Complaint.

IT IS HEREBY STIPULATED pursuant to Civil Local Rule 144 that Defendant will have to and including November 3, 2014, to serve and file a response to the Complaint.

Dated: October 6, 2014                                    McCORMICK, BARSTOW, SHEPPARD,
                                                                              WAYTE & CARRUTH LLP


                                                             By:      /s/ Christina C. Tillman
                                                                          Christina C. Tillman
                                                             Attorneys for Defendant JUDITH YOVANNIDES
                                                                 ROWE aka JUDITH ANN KEYES


Dated: October 6, 2014                                    MOORE LAW FIRM, PC


                                                             By:      /s/ Tanya E. Moore
                                                                          TANYA E. MOORE
                                                             Attorneys for LAWRENCE GREEN

IT IS SO ORDERED.

Dated:   **October 6, 2014**

                                                             UNITED STATES MAGISTRATE JUDGE