Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Lawrence Green

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GREEN,<br><br>       Plaintiff,<br><br>   vs.<br><br>K. LAWRENCE, INC. dba LAWRENCE TIRE & SERVICE, et al.;<br><br>       Defendants. | Case No. 1:14-cv-01279---SAB<br><br>**ORDER OF VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE OF DEFENDANT JUDITH YOVANNIDES ROWE AKA JUDITH ANN KEYES <u>ONLY</u>** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that **<u>only</u> Defendant Judith Yovannides Rowe aka Judith Ann Keyes** be dismissed from this action **<u>without prejudice</u>**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 9, 2014              MOORE LAW FIRM, P.C.


                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorneys for Plaintiff
                                   Lawrence Green

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that **only** Defendant Judith Yovannides Rowe aka Judith Ann Keyes be dismissed from this action **without prejudice**.

IT IS SO ORDERED.

Dated:   **October 9, 2014**

UNITED STATES MAGISTRATE JUDGE