# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GREEN,<br><br>            Plaintiff,<br><br>       v.<br><br>K. LAWRENCE, INC., et al.,<br><br>            Defendants. | Case No.  1:14-cv-01279-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 19)<br><br>DEADLINE:  DECEMBER 30, 2014 |

On November 21, 2014, Plaintiff filed a notice of acceptance of offer of judgment. Plaintiff included Defendant's offer of settlement as an attachment to the notice. Based upon the documents filed, the parties have agreed to a stipulated judgment in this action. Accordingly, the parties are HEREBY ORDERED to file dispositional documents on or before December 30, 2014.  It is further ordered that all pending dates in this matter shall be VACATED.

IT IS SO ORDERED.

Dated:   **December 1, 2014**

UNITED STATES MAGISTRATE JUDGE