1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Lawrence Green

6
   **HATMAKER LAW GROUP**
7  SUSAN K. HATMAKER 172543
   susan@hatmakerlaw.com
8  7522 N. Colonial Ave., Ste. 105
   Fresno, CA 93711
9
   Telephone: (559) 374-0077
10 Facsimile:  (559) 374-0078

11 Attorneys for Defendant,
   K. Lawrence, Inc. dba Lawrence Tire & Service
12

13
                   **UNITED STATES DISTRICT COURT**
14
                    **EASTERN DISTRICT OF CALIFORNIA**
15

16

17  LAWRENCE GREEN,                    )   No.  1:14-cv-01279-SAB
                                       )
18          Plaintiff,                 )   **STIPULATION FOR DISMISSAL OF**
                                       )   **ACTION;  ORDER**
19      vs.                            )
                                       )
20  K. LAWRENCE, INC., et al.,         )
                                       )
21                                     )
            Defendants.                )
22                                     )
                                       )
23  _____)

24

25

26

27

28

IT IS HEREBY STIPULATED by and between Plaintiff Lawrence Green and Defendant K. Lawrence, Inc. dba Lawrence Tire & Service, the parties remaining in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: December 15, 2014                    MOORE LAW FIRM, P.C.

                                           /s/ Tanya E. Moore
                                           Tanya E. Moore
                                           Attorneys for Plaintiff
                                           Lawrence Green

Date: December 15, 2014                    HATMAKER LAW GROUP

                                           /s/ Susan K. Hatmaker
                                           Susan K. Hatmaker
                                           Attorneys for Defendant
                                           K. Lawrence, Inc. dba Lawrence Tire & Service

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **December 16, 2014**

                                           UNITED STATES MAGISTRATE JUDGE